UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                    :

UNITED STATES OF AMERICA,              :

                                             Plaintiff,   :

                                                                 :          24-CR-363 (VSB)

                        - against -            :

                                                                 :              **ORDER**

MARIO GOGLIORMELLA, *et al.*,          :

                                          Defendants.  :

------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I held a conference in this matter on April 10, 2025. In accordance with my comments during the conference, it is hereby:

       ORDERED that the parties submit a joint letter by April 17, 2025 with proposed dates for trial.

       IT IS FURTHER ORDERED that Defendants submit any pretrial motions on or before June 9, 2025. The Government shall file opposition papers on or before June 30, 2025. Defendants shall file reply papers on or before July 14, 2025.

       IT IS FURTHER ORDERED that I will hold a final pretrial conference on February 9, 2026 at 10:00 A.M.

       IT IS FURTHER ORDERED that I exclude time in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) through February 9, 2026.

SO ORDERED.

Dated:     April 10, 2025
              New York, New York

                                                       Vernon S. Broderick
                                                       United States District Judge