```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                              Plaintiff,                    :
                                                            :         24-CR-362 (VSB)
              - against -                                   :
                                                            :         **ORDER**
MARIO GOGLIORMELLA, *et al.*,                               :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

The parties jointly request that a trial date be set for March 9, 2026. (Doc. 62.) Accordingly, it is hereby:

ORDERED that jury trial in this matter shall begin on March 9, 2026 at 10:00 a.m.

IT IS FURTHER ORDERED that a final pretrial conference be held on March 2, 2026 at 11:00 a.m.

IT IS FURTHER ORDERED that any motions in limine be filed on or before February 9, 2026, with responses due on or before February 17, 2026.

IT IS FURTHER ORDERED that any proposed voir dire questions, proposed verdict sheets, proposed jury instructions, and any pretrial memoranda are due on or before March 4, 2026. The parties shall also email these documents in Word format to BroderickNYSDChambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that I exclude time in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) through March 9, 2026.

SO ORDERED.

Dated: April 22, 2025
New York, New York

Vernon S. Broderick
United States District Judge