UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                                                        :

UNITED STATES OF AMERICA,             :

                                                             :

                                Plaintiff,    :

                                                             :                24-CR-362 (VSB)

                      - against -              :

                                                             :                    **ORDER**

MARIO GOGLIORMELLA, *et al.*,           :

                                Defendants.  :

----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On June 9, 2025, I granted Defendants' extension request for their pretrial motions to be due June 30, 2025.  (Doc. 66.)  To date, Defendants have failed to do so.  Accordingly, it is hereby:

       ORDERED that Defendants submit any pretrial motions, if any, on or before July 18, 2025.  The Government shall file opposition papers on or before August 8, 2025.  Defendants shall file reply papers on or before August 15, 2025.

SO ORDERED.

Dated:      July 9, 2025
               New York, New York

                                                       Vernon S. Broderick
                                                       United States District Judge