UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                :
UNITED STATES OF AMERICA,            :
                                                :
                          Plaintiff,    :
                                                :           24-CR-362 (VSB)
                - against -                       :
                                                :            **ORDER**
MARIO GOGLIORMELLA, *et al.*,      :
                     Defendants.  :
                                                :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Defendants have stated their intent not to file any pretrial motions before their trial scheduled to begin on March 9, 2026.  (Doc. 68.)  Accordingly it is hereby:

      ORDERED that the parties appear before me for a status conference on Friday, November 14, 2025 at 10 a.m.

SO ORDERED.

Dated:     July 11, 2025
             New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge