# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
scott@leemonlaw.com
www.leemonlaw.com

-------------------------------------------------------------------------

November 5, 2025

<u>Via ECF</u>
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   11/06/2025

    Re:  <u>United States v Gorgliormella, et al, 24 CR 362 (VSB)</u>

Dear Judge Broderick,

    I am writing on behalf of all the parties to respectfully request that the status conference that is currently scheduled for November 14, 2025 be adjourned until December 9, 2025 at 11**am**.[1]

    I thank you in advance for your consideration of this request.

                                       Very truly yours,

                                         *Scott Leemon*
                                         Scott E. Leemon

---

[1] This proposed date and time has been pre-circulated to all the parties, and everyone is available. Ms. Disla also informs me that the Court is available.