# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
**scott@leemonlaw.com**
**www.leemonlaw.com**

-------------------------------------------------------------------------

January 2, 2026

Via ECF
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED _Vernon Broderick_
VERNON S. BRODERICK
U.S.D.J.  1/2/2026

Re:  United States v Gogliormella, et al, 24 CR 362 (VSB)

Dear Judge Broderick,

I am counsel for Mr. Lacaj and write on behalf of all three defendants to respectfully request that their bail conditions be amended to permit a trip to Washington, D.C. from January 5 through January 7, 2026. They were invited to attend a luncheon and related events for families that were negatively affected by the events of January 6.

Mr. Lacaj and Mr. Ibrahim's pretrial officers do not object to the trip and Mr. Gogliormella's supervising EDNY Pretrial officer informed Mr. Froccaro that she has no objection to the request (and he has been compliant) but cannot officially take a position because it is a SDNY case. Due to the holiday, the corresponding SDNY officer has not yet responded to Mr. Froccaro's emails. AUSA Hobson takes no position on the request.

I thank you in advance for your consideration.

Very truly yours,

/s/ *Scott Leemon*

Scott Leemon

cc:  All counsel (via ECF)